In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-445 CV


____________________



IN THE INTEREST OF L.A., A CHILD






On Appeal from the 410th District Court


Montgomery County, Texas


Trial Cause No. 02-03-02008 CV






MEMORANDUM OPINION (1)


 Louis Adger, Sr., appellant, filed a motion to dismiss this appeal. The Court finds
that this motion is voluntarily made by the appellant prior to any decision of this Court and
should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal.

 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED.

 PER CURIAM


Opinion Delivered April 8, 2004

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.